**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: Boston Scientific Corp.***
***Pelvic Repair System Products Liability Litigation***
***MDL No. 2326***

**Civil Action No.** 2:16-cv-02654

---

# SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Diana Fitzpatrick

2. Plaintiff Husband (if applicable):

   Robert Fitzpatrick

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. State of Residence:

   Missouri

5. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Missouri

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Boston Scientific Corporation

☐ B. American Medical Systems, Inc. ("AMS")

☐ C. Johnson & Johnson

☐ D. Ethicon, Inc.

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: ____________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1, 2, 3, 4, 5, 6, 7, 8

____________

____________

B. Other allegations of jurisdiction and venue:

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☑ The Solyx SIS System; and/or
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;

- ☐ The Prefyx PPS System;
- ☑ The Solyx SIS System; and/or
- ☐ Other

10. Date of Implantation as to Each Product:

May 11, 2011

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Truman Medical Centers

Kansas City, MO

12. Implanting Surgeon(s):

Dr. Martee R. MacLeod-Kozal

13. Counts in the Master Complaint brought by Plaintiff(s)

- ☑ Count I – Negligence
- ☑ Count II – Strict Liability – Design Defect
- ☑ Count III – Strict Liability – Manufacturing Defect
- ☑ Count IV – Strict Liability – Failure to Warn
- ☑ Count V - Breach of Express Warranty

☑ Count VI – Breach of Implied Warranty

☑ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count __________ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

☐ Other Count __________ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

s/ Michael J. Miller
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

108 Railroad Ave.
Orange, VA 22960

VA Bar: 19171

P: 540-672-4224
F: 540-672-3055

Michael J. Miller Esq.
The Miller Firm, LLC